An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TONY L. CUNNINGHAM,<br>　　　　　　Appellant,<br>　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　Respondent. | No. 67687 |
| TONY L. CUNNINGHAM,<br>　　　　　　Appellant,<br>　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　Respondent. | No. 67688 |
| TONY L. CUNNINGHAM,<br>　　　　　　Appellant,<br>　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　Respondent. | No. 67690 |

**FILED**

APR 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are consolidated appeals from judgments of conviction. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of these appeals. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing these appeals, including that appellant cannot hereafter seek to reinstate these appeals, and that any issues that were or could have been brought in

15-12089

these appeals are forever waived. Having been so informed, appellant consents to a voluntary dismissal of these appeals. Cause appearing, we ORDER these appeals DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Patrick Flanagan, District Judge
Washoe County Public Defender
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk
Tony L. Cunningham

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing post-conviction habeas corpus petitions under NRS 34.726(1) shall commence to run from the date of this order.